IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH LEE TAYLOR,** | Case No. 2:21-cv-00831 DAD EFB |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **ADAMS, et al.,** | |
| Defendants. | |

Good cause appearing, Defendants' *ex parte* application for an extension of time to file a responsive pleading is **GRANTED**. If Defendants' Motion for an Order Revoking Plaintiff's *In Forma Pauperis* Status is denied, Defendants shall file a responsive pleading within thirty days of the Court's final order denying that motion.

**IT IS SO ORDERED.**

Dated: February 28, 2023.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE