IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH LEE TAYLOR,** | Case No. 2:21-cv-00831 DJC EFB |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| **ADAMS, et al.,** | |
| Defendants. | |

Defendants Fears, Adams, and Casillas have moved for a seven-day extension of time to file a reply to Plaintiff Taylor's Opposition to Defendants' Motion to Revoke In Forma Pauperis Status (ECF No. 50).  Good cause appearing, the Court GRANTS Defendants' request (ECF No. 51).  Defendants shall have an additional seven days, or until May 8, 2023, to file a reply to Plaintiff's Opposition to Revoke In Forma Pauperis Status (ECF No. 50).

Dated:  May 2, 2023.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE