UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR, | No. 2:21-cv-00831-DJC-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| ANISE ADAMS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 4, 2023, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 4, 2023 are adopted in full;

2. Plaintiff is declared a three-strikes litigant, and defendant's motion to revoke IFP status (ECF No. 43) is GRANTED; and

3. Plaintiff shall pay the filing fee within thirty days this order.  Failure to do so will result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

Dated:   **January 12, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE