UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KENNETH LEE TAYLOR, | No. 2:21-cv-00831-DJC-EFB (PC) |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| A. BALAJI, et al., | |
| Defendants. | |

Plaintiff is a state prisoner pursuing a civil rights action under 42 U.S.C. § 1983. On January 12, 2024, the court granted defendants' motion to revoke plaintiff's in forma pauperis status and ordered plaintiff to pay the filing fee within 30 days. ECF No. 57. Plaintiff has filed a motion for an extension of time of 150 days to pay the filing fee. ECF No. 58.

An extension of time of the duration requested by plaintiff would unreasonably delay the progress of this case. *See Landis v. N. Am. Co.,* 299 U.S. 248, 254 (1936) (courts have inherent power "to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants"). Accordingly, it is hereby ORDERED that plaintiff's January 26, 2024 motion for an extension of time (ECF No. 58) is GRANTED IN PART, and plaintiff shall pay the filing fee within 30 days of the date of this order. Failure to do so will result in dismissal of this action for failure to prosecute.

Dated: March 25, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1