UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>    Plaintiff,<br><br>    v.<br><br>A. BALAJI, et al.,<br><br>    Defendants. | No. 2:21-cv-00831-DJC-EFB (PC)<br><br><br>ORDER |

    Plaintiff is a state prisoner pursuing a civil rights action under 42 U.S.C. § 1983. On January 12, 2024, the court granted defendants' motion to revoke plaintiff's in forma pauperis status and ordered plaintiff to pay the filing fee within 30 days. ECF No. 57. Plaintiff has paid the fee.

    Accordingly, defendants Fears, Casillas, and Adams shall file an answer to the third amended complaint (ECF No. 32) within 30 days of the date of this order.

    So ordered.

Dated: May 1, 2024

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE