UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANISE ADAMS, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-00831-DJC-EFB (PC)<br><br><br>ORDER |

Plaintiff is a state prisoner pursuing a civil rights action under 42 U.S.C. § 1983. On March 25, 2024 and May 1, 2024, the court issued orders with an incorrect name in the caption. ECF Nos. 59, 61. Plaintiff has filed a motion to correct this error. ECF No. 62. Plaintiff's motion is GRANTED. The court clarifies that the orders appearing at ECF Nos. 59 and 61 erroneously listed "A. Balaji" as a defendant in the caption and assures plaintiff that this error has had no material effect on this suit.

Dated: May 14, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1