UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR, JR., | No. 2:21-cv-00831-DJC-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| ANISE ADAMS, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. On June 27, 2025, the court reopened discovery for 45 days to allow defendants to depose plaintiff and plaintiff to provide responses to defendants' document requests. ECF No. 82. On August 28, 2025, plaintiff sought an extension of seven days to comply with the order. ECF No. 84. On September 2, 2025, the court granted defendants' August 11, 2025 request to extend the discovery deadline to September 25, 2025 (the 45-day deadline provided for by the earlier order expired on August 11, 2025). ECF No. 85.

The granting of defendants' motion to extend the discovery deadline renders plaintiff's motion for extension of time moot. Accordingly, the motion (ECF No. 84) is DENIED.

Dated: September 12, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1