IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH LEE TAYLOR,** | Case No. 2:21-cv-00831 DJC EFB (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **ALLISON, et al.,** | |
| Defendants. | |

Pending before the Court is Defendants' motion to modify the Discovery and Scheduling Order. Good cause appearing, it is hereby ordered that Defendants' motion to modify the Discovery and Scheduling Order is GRANTED. The November 29, 2025 dispositive motion deadline is VACATED. The Court shall issue an order to reset the dispositive motion deadline after it has ruled on Defendants' second motion to compel.

Dated: November 26, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE