UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE TAYLOR, JR., | No. 2:21-cv-00831-DJC-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| ANISE ADAMS, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding without counsel this action brought under 42 U.S.C. § 1983. Defendants filed a second motion to compel on September 25, 2025. ECF No. 87. To date, plaintiff has not filed any response to the motion.

Accordingly, it is HEREBY ORDERED that, within 30 days from the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the second motion to compel (ECF No. 87).

Dated: December 18, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1